# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

12/4/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 4:55:33 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:    2014-68548        COURT:   129TH        TENTATIVE DUE DATE:    2/6/2016

APPEAL TYPE    REGULAR (NEW TRIAL FILED)            CASE STATUS:    DISPOSED (FINAL)

APPELLANT:    ROBERT HYNDS

APPELLEE:    DALE FOSTER

EVENT FILE DATE        12/4/2015            NUMBER OF DAYS: 120

EVENT CODES;    BC, C, OA

FILED BY:    E ALAN BENNETT            TBN:    2140700

DATE ORDER SIGNED    10/9/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:    67397587        VOLUME:            PAGE:

MOTION FOR NEW TRIAL FILING DATE:    : October 16, 2015

NOTES:

CHRIS DANIEL
Harris County, District Clerk

By:   /s/DUANE C. GILMORE
DUANE C. GILMORE, Deputy

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C    JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O    CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

## No. 2014-68548

| | | |
|---|---|---|
| **DALE FOSTER,** *Plaintiff* | § § § | **IN THE DISTRICT COURT OF** |
| **v.** | § § § | **HARRIS COUNTY, TEXAS,** |
| **ROBERT HYNDS,** *Defendant* | § § | **129th JUDICIAL DISTRICT** |

### DEFENDANT ROBERT HYNDS'S NOTICE OF APPEAL

1.  Defendant Robert Hynds, desires to appeal from the final judgment signed by the Court on October 9, 2015.

2.  Defendant appeals to either the First or the Fourteenth Court of Appeals.

3.  Defendant has not previously filed a related appeal or original proceeding in either the First or Fourteenth Court of Appeals.

Respectfully submitted,

_____ /s/ Alan Bennett_____
E. Alan Bennett
SBOT #02140700

Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills Dr., Ste. 500
Waco, TX 76710
(254) 772-8022
FAX # (254) 772-9297
abennett@slmpc.com

Victor D. Walker
SBOT #00789775
LAW OFFICE OF VICTOR D. WALKER, P.C.
One Riverway
Suite 1700
Houston, TX 77056
(713) 724-5300
FAX (713) 493-2560
vwalker@walkersecuritieslaw.com

ATTORNEYS FOR
DEFENDANT ROBERT HYNDS

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of this pleading was served on the following counsel of record on December 4, 2015 in accordance with Texas Rule of Appellate Procedure 9.5:

MAHENDRU, P.C.

    amahendru@thelitigationgroup.com
    dbraun@thelitigationgroup.com

Counsel for Plaintiff Dale Foster



                              */s/ Alan Bennett*
                              E. Alan Bennett

7/22/2015 11:32:12 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 6173038
By: PATTON, JONATHAN R
Filed: 7/22/2015 11:32:12 AM

## CAUSE NO. 2014-68548

| | | |
|---|---|---|
| DALE FOSTER, *Plaintiff* | § § § | IN THE DISTRICT COURT OF |
| VS. | § § § | HARRIS COUNTY, TEXAS |
| ROBERT HYNDS, *Defendant.* | § § § § | 129th JUDICIAL DISTRICT |

## FINAL JUDGMENT

BE IT REMEMBERED that the above-styled case came on to be heard through a Motion for Summary Judgment. On July 6, 2015, this Court granted Plaintiff's Motion for Summary Judgment on Plaintiff's fraud and breach of contract claims. * Plaintiff then nonsuited his remaining claims against Defendant.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Robert Hynds is liable to Plaintiff for fraud and breach of contract.

IT IS FURTHER ORDERED that, given the circumstances of this case, Plaintiff is entitled to the equitable remedy of rescission. Accordingly, Defendant shall pay to Plaintiff as damages the following amounts:

1. The sum of $500,000;

2. Reasonable and necessary attorney's fees of $21,742.50; with an additional $15,000 should this case be appealed to the court of appeals and successfully defended; and an additional $15,000 should this case be appealed to the Texas Supreme Court and successfully defended.

*and the remedy of recission. The court allowed supplementation on issue of attorneys' fees,*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3. Pre-judgment interest at 5% per annum, calculated from the day suit was filed, in the amount of $17,123.29;

4. Post-judgment interest at 5% per annum until paid.

IT IS FURTHER ORDERED that upon Defendant's payment of all amounts due and owing, Plaintiff Dale Foster shall assign any interest that he has in the Pleasant Home Field to Defendant.

All costs are taxed against Defendant Robert Hynds. The Court further orders that execution issue for this Final Judgment. Plaintiff is allowed such writs and processes as may be necessary in the enforcement and collection of this judgment.

The Court denies all relief not granted in this Final Judgment.

This is a Final Judgment.

SIGNED on this ___ day of ___October___ , 2015.

HONORABLE MICHAEL GOMEZ
JUDGE PRESIDING

2

```
JUFC7 (NSK#)    JUSTICE INFORMATION MANAGEMENT SYSTEM     DEC 04, 2015(C1)
INT6510                   CIVIL CASE INTAKE            OPT: _____  -  INT
                       GENERAL PARTY INQUIRY          PAGE:   1  -    1

CASE NUM: 201468548__ PJN> __  TRANS NUM: _____ CURRENT COURT: 129 PUB? _
CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRE  CASE STATUS: DISPOSED (FINAL)
STYLE: FOSTER, DALE                     VS HYNDS, ROBERT
========================================================================
                     **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME           PTY   ASSOC. ATTY
  NUM    NUMBER                                        STAT
_    00002-0001 DEF 00789775 HYNDS, ROBERT                 WALKER, VICTO
_    00001-0001 PLT 00796980 FOSTER, DALE                  MAHENDRU, ASH




==> (2) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR. 10=REFRESH   11=HELP
```